_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 14, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 PROCEEDING |
| STEVIE MASON SMITH | 20-02903 KMS |
| BRANDI FLORY SMITH | |
| 3045 Tanglewood Road | SSN:  XXX-XX-5631 |
| Magnolia, MS  39562 | |

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

BID GROUP TECHNOLOGIES
ATTEN: PAYROLL
176 ACADEMY RD
SAIN GEORGE, SC  29477

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS  39403
(601) 582-5011

IS  VACATED  AND  THE  ABOVE  NAMED  EMPLOYER  WILL  HENCEFORTH  ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net