**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | Stevie Mason Smith | Case No. 20-02903-KMS |
| | Brandi Flory Smith, Debtors | Chapter 13 |

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

      cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed: **/s/ Stevie Mason Smith**       **04/16/2025**
Stevie Mason Smith       Date

**/s/ Brandi Flory Smith**       **04/16/2025**
Brandi Flory Smith       Date

**/s/ Thomas C. Rollins, Jr.**       **04/17/2025**
Thomas C. Rollins, Jr., MS Bar No. 103469       Date
Attorney for the Debtors
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

    On April 17, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                **/s/ Thomas C. Rollins, Jr.**
                                                Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-02903-KMS |
|---|---|
| STEVIE MASON SMITH<br>BRANDI FLORY SMITH | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/17/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/17/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 20-02903-KMS |
| STEVIE MASON SMITH<br>BRANDI FLORY SMITH | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 4/17/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/17/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-02903-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU APR 17 9-38-0 PST 2025 | FIRST INVESTORS FINANCIAL SERVICING<br>CORPORAT<br>CO BYRD  WISER<br>PO DRAWER 1939<br>BILOXI  MS 39533-1939 | FLOWERING PEACH BK LLC<br>PO BOX 1149<br>GRAPEVINE  TX 76099-1149 |
| MS DEPARTMENT OF REVENUE<br>P O BOX 22808<br>JACKSON  MS 39225-2808 | EXCLUDE<br>~~(U)PNC BANK  NATIONAL ASSOCIATION~~ | EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |
| 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMINISTRATIVE SERVICES<br>PO BOX 880<br>TOCCOA  GA 30577-0880 | ATT<br>PO BOX 650543<br>DALLAS  TX 75265-0543 | ATT MOBILITY II LLC<br>ATT SERVICES INC<br>KAREN A CAVAGNARO  PARALEGAL<br>ONE ATT WAY  SUITE 3A104<br>BEDMINSTER  NJ 07921-2693 |
| AARONS<br>1020 HWY 98<br>MCCOMB  MS 39648 | ALLSTATE<br>PO BOX 55126<br>BOSTON  MA 02205-5126 | AMAZON<br>PO BOX 960013<br>ORLANDO  FL 32896-0013 |
| (P)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | EXCLUDE<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ | BARCLAYCARD<br>PO BOX 60517<br>CITY OF INDUS  CA 91716-0517 |
| BELK<br>PO BOX 530940<br>ATLANTA  GA 30353-0940 | BEST BUY<br>PO BOX 9001007<br>LOUISVILLE  KY 40290-1007 | BRIDGETT BOWMAN<br>1020 HUDSON CIR<br>APT A<br>SUMMIT  MS 39666-9152 |
| CSPIRE WIRELESS<br>PO BOX 159<br>MEADVILLE  MS 39653-0159 | CARE CREDIT<br>PO BOX 965036<br>ORLANDO  FL 32896-5036 | (P)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| COMENITY<br>PO BOX 182273<br>COLUMBUS  OH 43218-2273 | DEPARTMENT OF TREASURY  INTERNAL<br>REVENUE SE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | DEPOT FINANCIAL SERVIC<br>207 MAIN ST<br>MCCOMB  MS 39648-3923 |
| DEPOT FINANCIAL SERVICE<br>204 ANNA DR<br>MCCOMB  MS 39648-6018 | DISH NETWORK<br>PO BOX 94063<br>PALATINE  IL 60094-4063 | ERC<br>PO BOX 23870<br>JACKSONVILLE  FL 32241-3870 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ENCORE RECEIVABLE MANA<br>PO BOX 790189<br>SAINT LOUIS  MO 63179-0189 | EXXON<br>PO BOX 78072<br>PHOENIX  AZ 85062-8072 | (P)FAMILY CHOICE FINANCIAL<br>3208 SERVICE DRIVE<br>SUITE E<br>PEARL MS 39208-3539 |
| FIRST FRANKLIN<br>PO BOX 1090<br>MCCOMB  MS 39649-1090 | FIRST INVESTORS SERVICING CORPORATION<br>380 INTERSTATE NORTH PARKWAY STE 300<br>ATLANTA  GA 30339-2222 | ~~EXCLUDE~~<br>~~(D)FLOWERING PEACH BK LLC~~<br>~~PO BOX 1149~~<br>~~GRAPEVINE  TX 76099-1149~~ |
| (P)FROST ARNETT<br>BANKRUPTCY DEPARTMENT<br>PO BOX 198988<br>NASHVILLE TN 37219-8988 | HATTIESBURG CLINIC<br>PO BOX 3488<br>TUPELO  MS 38803-3488 | INTERNAL REVENUE SE<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 |
| JCPENNEY<br>PO BOX 965007<br>ORLANDO  FL 32896-5007 | KEY REAL ESTATE<br>1328 PARKLANE RD<br>MCCOMB  MS 39648-4922 | LTD FINANCIAL SVCS<br>7322 SOUTHWEST FREEWAY<br>STE 1600<br>HOUSTON  TX 77074-2134 |
| LAKELAND ANESTHESIA<br>PO BOX 321360<br>FLOWOOD  MS 39232-1360 | LOWES<br>PO BOX 965004<br>ORLANDO  FL 32896-5004 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 |
| NPRTO SOUTHEAST  LLC<br>256 WEST DATA DRIVE<br>DRAPER  UTAH 84020-2315 | OLD NAVY<br>PO BOX 530942<br>ATLANTA  GA 30353-0942 | ~~EXCLUDE~~<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ |
| (P)HOLLIS COBB<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 279<br>NORCROSS GA 30091-0279 | PORTFOLIO RECOVERY ASS<br>PO BOX 12903<br>NORFOLK  VA 23541-0903 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| RECEIVABLE MANAGEMENT<br>PO BOX 361598<br>COLUMBUS  OH 43236-1598 | RECIEVABLES PERFOMANCE<br>20816 44TH AVE WEST<br>LYNNWOOD  WA 98036-7744 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| ~~EXCLUDE~~<br>~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ | ROBERT A BYRD  ESQ<br>FOR FIRST INVESTORS FINANCIAL SERVICING<br>PO BOX 1939<br>BILOXI  MS 39533-1939 | SOUTHERN BONE  JOINT<br>3688 VETERANS MEMORIAL<br>STE 200<br>HATTIESBURG  MS 39401-8246 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SOUTHWEST CREDIT
PO BOX 1985
SOUTHGATE  MI 48195-0985

SYNCHRONY BANK
PO BOX 960012
ORLANDO  FL 32896-0012

(P)TELECHECK SERVICES INC
P O BOX 6806
HAGERSTOWN MD 21741-6806

TOYS R US
PO BOX 530938
ATLANTA  GA 30353-0938

TRACTOR SUPPLY CP
PO BOX 9001006
LOUISVILLE  KY 40290-1006

TRAVELERS INSURANCE
PO BOX 5076
HARTFORD  CT 06102-5076

US ATTORNEY GENE
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

UNIVERSITY MEDICAL CEN
PO BOX 2219
JACKSON  MS 39225-2219

VERIZON WIRELESS
PO BOX 26055
MINNEAPOLIS  MN 55426-0055

WALMART
PO BOX 530927
ATLANTA  GA 30353-0927

BRANDI FLORY SMITH
3045 TANGLEWOOD RD
MAGNOLIA  MS 39652-9746

~~EXCLUDE~~
~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

DEBTOR
STEVIE MASON SMITH
3045 TANGLEWOOD RD
MAGNOLIA  MS 39652-9746

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~