United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 20-02903-KMS
Stevie Mason Smith  Chapter 13
Brandi Flory Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 4
Date Rcvd: May 13, 2025    Form ID: 3180W    Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stevie Mason Smith, Brandi Flory Smith, 3045 Tanglewood Rd, Magnolia, MS 39652-9746 |
| 4955029 | + | AT&T, P.O. Box 650543, Dallas, TX 75265-0543 |
| 4955026 | | Aaron's, 1020 Hwy 98, McComb, MS 39648 |
| 4955034 | + | Bridgett Bowman, 1020 Hudson Cir, Apt A, Summit, MS 39666-9152 |
| 4955038 | + | CSpire Wireless, PO Box 159, Meadville, MS 39653-0159 |
| 4955041 | | Encore Receivable Mana, PO Box 790189, Saint Louis, MO 63179-0189 |
| 4955051 | + | Key Real Estate, 1328 Parklane Rd, McComb, MS 39648-4922 |
| 4955054 | + | LTD Financial Svcs, 7322 Southwest Freeway, Ste 1600, Houston, TX 77074-2134 |
| 4955052 | + | Lakeland Anesthesia, PO Box 321360, Flowood, MS 39232-1360 |
| 4955058 | + | Receivable Management, P.O. Box 361598, Columbus, OH 43236-1598 |
| 4955061 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |
| 4955062 | | Southwest Credit, PO Box 1985, Southgate, MI 48195-0985 |
| 4955067 | + | Travelers Insurance, P.O. Box 5076, Hartford, CT 06102-5076 |
| 4955068 | | University Medical Cen, PO Box 2219, Jackson, MS 39225-2219 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: wrs@byrdwiser.com | May 13 2025 19:32:00 | First Investors Financial Servicing Corporation, c/o Byrd & Wiser, PO Drawer 1939, Biloxi, MS 39533-1939 |
| cr | + | EDI: MSDOR | May 13 2025 23:29:00 | MS Department of Revenue, P O Box 22808, Jackson, MS 39225-2808 |
| 4959811 | + | Email/Text: bankruptcy@1ffc.com | May 13 2025 19:32:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa, GA 30577-0880 |
| 4967525 | + | EDI: ATTWIREBK.COM | May 13 2025 23:23:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 4955027 | | EDI: CCS.COM | May 13 2025 23:29:00 | Allstate, PO Box 55126, Boston, MA 02205-5126 |
| 4955028 | + | EDI: SYNC | May 13 2025 23:23:00 | Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 4955030 | + | EDI: TSYS2 | May 13 2025 23:23:00 | Barclaycard, P.O. Box 60517, City of Indus, CA 91716-0517 |
| 4955032 | + | EDI: SYNC | May 13 2025 23:23:00 | Belk, PO Box 530940, Atlanta, GA 30353-0940 |

| District/off: 0538-3 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2025 | Form ID: 3180W | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| 4955033 | | EDI: CITICORP | | |
| | | | May 13 2025 23:23:00 | Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 4955036 | | EDI: CITICORP | | |
| | | | May 13 2025 23:23:00 | Children's Place, P.O. Box 653054, Dallas, TX 75265-3054 |
| 4955035 | + | EDI: SYNC | | |
| | | | May 13 2025 23:23:00 | Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 4955037 | | EDI: WFNNB.COM | | |
| | | | May 13 2025 23:29:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 4955048 | | EDI: IRS.COM | | |
| | | | May 13 2025 23:23:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4955039 | + | Email/Text: jnewman1_10@yahoo.com | | |
| | | | May 13 2025 19:32:00 | Depot Financial Servic, 207 Main St, McComb, MS 39648-3923 |
| 5076874 | + | Email/Text: jnewman1_10@yahoo.com | | |
| | | | May 13 2025 19:32:00 | Depot Financial Service, 204 Anna Dr., McComb, MS 39648-6018 |
| 4955040 | | EDI: DISH | | |
| | | | May 13 2025 23:23:00 | Dish Network, P.O. Box 94063, Palatine, IL 60094-4063 |
| 4955043 | + | EDI: CITICORP | | |
| | | | May 13 2025 23:23:00 | Exxon, PO Box 78072, Phoenix, AZ 85062-8072 |
| 4955044 | | Email/Text: rrush@familychoicefinancial.com | | |
| | | | May 13 2025 19:24:00 | Family Choice Financial, Inc., 105 Stacy Dawn Dr, McComb, MS 39648 |
| 4955046 | | Email/Text: bankruptcy@frost-arnett.com | | |
| | | | May 13 2025 19:24:00 | Frost-Arnett Company, PO Box 198988, Nashville, TN 37219-8988 |
| 4955045 | + | Email/Text: bankruptcy@1ffc.com | | |
| | | | May 13 2025 19:32:00 | First Franklin, P.O. Box 1090, McComb, MS 39649-1090 |
| 4957483 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | | |
| | | | May 13 2025 19:32:00 | First Investors Servicing Corporation, 380 Interstate North Parkway Ste 300, Atlanta, GA 30339-2222 |
| 5463436 | + | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | | May 13 2025 19:32:00 | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| 4955056 | | Email/Text: AdminServices@holliscobb.com | | |
| | | | May 13 2025 19:24:25 | Patient Accounts Burea, P.O. Box 279, Norcross, GA 30091-0279 |
| 4955047 | | Email/Text: kristie.pope@hattiesburgclinic.com | | |
| | | | May 13 2025 19:32:00 | Hattiesburg Clinic, P.O. Box 3488, Tupelo, MS 38803-3488 |
| 4955049 | + | Email/Text: ebone.woods@usdoj.gov | | |
| | | | May 13 2025 19:32:00 | Internal Revenue Se, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4955050 | + | EDI: SYNC | | |
| | | | May 13 2025 23:23:00 | JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 4955053 | + | EDI: SYNC | | |
| | | | May 13 2025 23:23:00 | Lowe's, P.O. Box 965004, Orlando, FL 32896-5004 |
| 5129421 | | EDI: MSDOR | | |
| | | | May 13 2025 23:29:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 4960571 | + | Email/Text: ecfbankruptcy@progleasing.com | | |
| | | | May 13 2025 19:32:00 | NPRTO South-East, LLC, 256 West Data Drive, Draper, Utah 84020-2315 |
| 4955055 | | EDI: SYNC | | |
| | | | May 13 2025 23:23:00 | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 4955031 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | May 13 2025 19:31:00 | BBVA Compass, P.O. Box 2210, Decatur, AL 35699 |
| 4972134 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | May 13 2025 19:31:00 | BBVA USA, Bankruptcy Department, PO Box 10566, Birmingham, AL 35296 |
| 5060603 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

District/off: 0538-3 User: mssbad Page 3 of 4
Date Rcvd: May 13, 2025 Form ID: 3180W Total Noticed: 60

| Recip ID | Flags | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 13 2025 19:31:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 4971702 | | EDI: PRA.COM | May 13 2025 23:29:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4955057 | + | EDI: PRA.COM | May 13 2025 23:29:00 | Portfolio Recovery Ass, P.O. Box 12903, Norfolk, VA 23541-0903 |
| 4955060 | | Email/Text: bankruptcy@republicfinance.com | May 13 2025 19:32:00 | Republic Finance, 1116 B Delaware Ave, McComb, MS 39648 |
| 4958913 | | Email/Text: bankruptcy@republicfinance.com | May 13 2025 19:32:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 4955059 | + | Email/Text: Supportservices@receivablesperformance.com | May 13 2025 19:32:00 | Recievables Perfomance, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 4961276 | + | Email/Text: wrs@byrdwiser.com | May 13 2025 19:32:00 | Robert A. Byrd, Esq., for First Investors Financial Servicing, PO Box 1939, Biloxi, MS 39533-1939 |
| 4955063 | + | EDI: SYNC | May 13 2025 23:23:00 | Synchrony Bank, P.O. Box 960012, Orlando, FL 32896-0012 |
| 4955064 | | Email/Text: epr@telecheck.com | May 13 2025 19:32:00 | Telecheck, 14141 SW Freeway, Ste 300, Sugar Land, TX 77478 |
| 4955065 | | EDI: SYNC | May 13 2025 23:23:00 | Toys R Us, P.O. Box 530938, Atlanta, GA 30353-0938 |
| 4955066 | + | EDI: CITICORP | May 13 2025 23:23:00 | Tractor Supply Cp, P.O. Box 9001006, Louisville, KY 40290-1006 |
| 4955069 | ^ | MEBN | May 13 2025 19:24:41 | US Attorney Gene, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4955070 | + | EDI: VERIZONCOMB.COM | May 13 2025 23:23:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 4955071 | | EDI: SYNC | May 13 2025 23:23:00 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | *+ | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| 4955042 | ##+ | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 15, 2025    Signature:    /s/Gustava Winters

| District/off: 0538-3 | User: mssbad | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2025 | Form ID: 3180W | Total Noticed: 60 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Stevie Mason Smith jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Brandi Flory Smith jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Robert Alan Byrd | on behalf of Creditor First Investors Financial Servicing Corporation rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Stevie Mason Smith trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Brandi Flory Smith trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 8

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Stevie Mason Smith** | Social Security number or ITIN | xxx−xx−5631 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ | |
| Debtor 2 | **Brandi Flory Smith** | Social Security number or ITIN | xxx−xx−2355 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ | |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   20−02903−KMS | | | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Stevie Mason Smith**                                **Brandi Flory Smith**
                                                      fka Brandi Michelle Flory

Dated: 5/13/25                                        **By the court:**    /s/Katharine M. Samson
                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**