**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

| | |
|---|---|
| In re:<br>　　STEVIE MASON SMITH<br>　　BRANDI FLORY SMITH<br>　　　　Debtor(s) | Case No. 20-02903 KMS |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　David Rawlings, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 11/25/2020.

　　2) The plan was confirmed on 01/25/2021.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

　　5) The case was completed on 03/24/2025.

　　6) Number of months from filing or conversion to last payment: 52.

　　7) Number of months case was pending: 54.

　　8) Total value of assets abandoned by court order: NA.

　　9) Total value of assets exempted: $48,581.87.

　　10) Amount of unsecured claims discharged without full payment: $38,602.78.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $65,274.96 |
| Less amount refunded to debtor | $6,648.46 |

**NET RECEIPTS:** $58,626.50

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,600.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,143.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,743.50

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1ST FRANKLIN FINANCIAL CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| 1ST FRANKLIN FINANCIAL CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Aaron | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ALLSTATE | Unsecured | 268.33 | NA | NA | 0.00 | 0.00 |
| Amazon | Unsecured | 570.60 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 1,272.71 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 2,707.35 | 2,833.57 | 2,833.57 | 2,833.57 | 0.00 |
| Barclay Card Services | Unsecured | 1,709.79 | NA | NA | 0.00 | 0.00 |
| BELK/GEMB | Unsecured | 416.19 | NA | NA | 0.00 | 0.00 |
| Best Buy | Unsecured | 1,622.32 | NA | NA | 0.00 | 0.00 |
| C SPIRE WIRELESS | Unsecured | 1,056.50 | NA | NA | 0.00 | 0.00 |
| CARE CREDIT | Unsecured | 3,316.00 | NA | NA | 0.00 | 0.00 |
| Children's Place | Unsecured | 227.69 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 227.69 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 2,359.01 | NA | NA | 0.00 | 0.00 |
| DEPOT FINANCIAL SERVICES INC. | Secured | 1,106.29 | 1,123.20 | 500.00 | 500.00 | 15.47 |
| DEPOT FINANCIAL SERVICES INC. | Unsecured | NA | 0.00 | 623.20 | 623.20 | 0.00 |
| DISH NETWORK | Unsecured | 3,241.75 | NA | NA | 0.00 | 0.00 |
| EXXON MOBILE | Unsecured | 819.50 | NA | NA | 0.00 | 0.00 |
| FAMILY CHOICE FINANCIAL | Unsecured | 4,479.47 | 5,661.31 | 5,661.31 | 5,661.31 | 0.00 |
| FIRST INVESTORS FINANCIAL SERVI( | Secured | 11,728.16 | 15,248.35 | 15,248.35 | 15,248.35 | 979.36 |
| GEMB/JCP | Unsecured | 749.24 | NA | NA | 0.00 | 0.00 |
| Hattiesburg Clinic | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 368.66 | 368.66 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 854.02 | 1,903.27 | 1,534.61 | 1,534.61 | 0.00 |
| KEY REAL ESTATE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| LAKELAND ANESTHESIA | Unsecured | 912.00 | NA | NA | 0.00 | 0.00 |
| Lowe's | Unsecured | 418.36 | NA | NA | 0.00 | 0.00 |
| MISSISSIPPI DEPARTMENT OF REVEN | Priority | NA | 1,037.16 | 1,037.16 | 1,037.16 | 0.00 |
| MISSISSIPPI DEPARTMENT OF REVEN | Priority | NA | 517.02 | 0.00 | 0.00 | 0.00 |
| MISSISSIPPI DEPARTMENT OF REVEN | Priority | NA | 171.38 | 171.38 | 171.38 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MISSISSIPPI DEPARTMENT OF REVEN | Priority | NA | 740.40 | 740.40 | 740.40 | 0.00 |
| NPRTO SOUTH-EAST LLC | Unsecured | NA | 663.03 | 663.03 | 663.03 | 0.00 |
| NPRTO SOUTH-EAST LLC | Unsecured | NA | 423.20 | 423.20 | 423.20 | 0.00 |
| OLD NAVY | Unsecured | 729.89 | NA | NA | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES II, LL | Secured | 2,242.74 | 2,312.25 | 2,312.25 | 0.00 | 0.00 |
| PNC BANK, N.A. | Unsecured | 8,259.22 | 8,259.22 | 8,259.22 | 0.00 | 0.00 |
| PORTFOLIO RECOV ASSOC | Secured | 8,252.47 | 8,252.47 | 8,252.47 | 8,252.47 | 437.14 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 12,393.69 | 12,393.69 | 12,393.69 | 0.00 |
| REPUBLIC FINANCE, LLC | Secured | 1,940.42 | 2,844.79 | 2,844.79 | 0.00 | 0.00 |
| SOUTHERN BONE & JOINT | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank | Unsecured | 570.60 | NA | NA | 0.00 | 0.00 |
| TELECHECK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| TOYS R US | Unsecured | 1,099.74 | NA | NA | 0.00 | 0.00 |
| Tractor Supply | Unsecured | 2,197.45 | NA | NA | 0.00 | 0.00 |
| TRAVELERS | Unsecured | 128.98 | NA | NA | 0.00 | 0.00 |
| University Medical Cen | Unsecured | 365.38 | NA | NA | 0.00 | 0.00 |
| University Medical Cen | Unsecured | 87.16 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 3,189.24 | NA | NA | 0.00 | 0.00 |
| Walmart | Unsecured | 424.22 | NA | NA | 0.00 | 0.00 |
| Walmart | Unsecured | 424.22 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,500.82 | $23,500.82 | $1,416.50 |
| All Other Secured | $5,657.04 | $500.00 | $15.47 |
| **TOTAL SECURED:** | **$29,157.86** | **$24,000.82** | **$1,431.97** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,483.55 | $3,483.55 | $0.00 |
| **TOTAL PRIORITY:** | **$3,483.55** | **$3,483.55** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$31,225.88** | **$22,966.66** | **$0.00** |

UST Form 101-13-FR-S (09/01/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $6,743.50 |
| Disbursements to Creditors | $51,883.00 |
| **TOTAL DISBURSEMENTS** : | **$58,626.50** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/20/2025                              By: /s/ David Rawlings
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**