United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 20-02903-KMS
Stevie Mason Smith  Chapter 13
Brandi Flory Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jun 24, 2025      Form ID: van022      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Stevie Mason Smith, Brandi Flory Smith, 3045 Tanglewood Rd, Magnolia, MS 39652-9746

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:**

**Name**      **Email Address**

David Rawlings
     ecfnotices@rawlings13.net sduncan@rawlings13.net

David Rawlings
     on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net

Jennifer A Curry Calvillo
     on behalf of Joint Debtor Brandi Flory Smith jennifer@therollinsfirm.com
     jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo
     on behalf of Debtor Stevie Mason Smith jennifer@therollinsfirm.com
     jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Robert Alan Byrd
     on behalf of Creditor First Investors Financial Servicing Corporation rab@byrdwiser.com
     wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 24, 2025 | Form ID: van022 | Total Noticed: 1 |

Thomas Carl Rollins, Jr
    on behalf of Debtor Stevie Mason Smith trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Brandi Flory Smith trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**                                                                                                        **Case No.:** 20−02903−KMS

Stevie Mason Smith                                                                               **Chapter:** 13

Brandi Flory Smith
fka Brandi Michelle Flory

**FINAL DECREE/ORDER CLOSING CASE**

    The court having found that the estate of the above named debtor(s) or debtor(s) in possession has been fully administered in accordance with the procedures required by Rule 5009 or Rule 3022, Fed. R. Bankr. P.; it is

    **ORDERED** that the trustee (if any) herein is hereby discharged; that unless there is a blanket bond herein, the trustee's surety is hereby discharged; that regardless of whether the trustee's bond herein is a case bond or a blanket bond, the surety is relieved of any liability for the actions or inactions of the trustee that may be incurred after the termination of its suretyship, but is not relieved of any liability for the actions or inactions of the trustee incurred during its suretyship; and that this case be and the same is hereby closed pursuant to 11 U.S.C., Section 350.

    **DATED:** 6/24/25                                         **/s/Katharine M. Samson**
                                                                     **United States Bankruptcy Judge**

---

*Include all names used by Debtor(s) within last 8 years

VAN022−OCAC